March 28, 1995.
Reconsideration and Stay Denied
April 26, 1995.

*ORDER*

PER CURIAM:

AND NOW, this 28th day of March, 1995, it is hereby ordered that the within appeal is quashed. The Petition for Emergency Stay/Hearing On Expedited Basis In An Election Matter is denied.

MONTEMURO, J., is sitting by designation.

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Shawn WALKER, Appellant.**

Supreme Court of Pennsylvania.

Aug. 4, 1995.

*ORDER*

PER CURIAM:

AND NOW, this 4th day of August, 1995, the Execution in the above captioned matter

is stayed pending resolution of the Petition for Certiorari by the United States Supreme Court.

MONTEMURO, J., is sitting by designation.